# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CVS PHARMACY, INC., RITE AID CORPORATION, & RITE AID HDQTRS. CORP.,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>ASTRAZENECA PHARMACEUTICALS L.P., ASTRAZENECA L.P., ASTRAZENECA UK LIMITED, HANDA PHARMACEUTICALS, LLC, PAR PHARMACEUTICAL, INC., and ACCORD HEALTHCARE, INC.,<br><br>　　　　　　　Defendants. | Case No. 1:19-cv-09999 |

## PLAINTIFFS' CONSOLIDATED CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 & CIVIL LOCAL RULE 7.1.1

　　Plaintiffs CVS Pharmacy, Inc., Rite Aid Corporation, and Rite Aid Hdqtrs. Corp., by and through the undersigned attorneys, make the following disclosures:

　　1.　　CVS Pharmacy, Inc. is a wholly-owned subsidiary of CVS Health Corporation. CVS Health Corporation has no parent corporation and no publicly-held corporation owns 10 percent or more of CVS Health Corporation's stock.

　　2.　　Rite Aid Corporation is a publicly-held corporation. Rite Aid Hdqtrs. Corp. is a wholly-owned subsidiary of Rite Aid Corporation. No publicly-held corporation owns 10 percent or more of Rite Aid Corporation's stock.

Dated:  October 29, 2019

Respectfully submitted,

/s/ Alexander J. Egerváry
Alexander J. Egerváry
Barry L. Refsin*
Chelsea M. Nichols*
Caitlin V. McHugh*
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA  19103
(215) 568-6200
aegervary@hangley.com
brefsin@hangley.com
cnichols@hangley.com
cmchugh@hangley.com

Monica L. Kiley*
Eric L. Bloom*
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
2805 Old Post Road, Suite 100
Harrisburg, PA  17110-3676
(717) 364-1030
mkiley@hangley.com
ebloom@hangley.com
***Attorneys for Plaintiffs CVS Pharmacy, Inc., Rite Aid Corporation, & Rite Aid Hdqtrs. Corp.***

* *Pro hac vice* motion forthcoming.