UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CVS PHARMACY, INC., RITE AID CORPORATION, & RITE AID HDQTRS. CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS L.P., ASTRAZENECA L.P., ASTRAZENECA UK LIMITED, HANDA PHARMACEUTICALS, LLC, PAR PHARMACEUTICAL, INC., and ACCORD HEALTHCARE, INC.,<br><br>Defendants. | Civil Case No. 19-cv-09999 (CM) |

### [PROPOSED] ORDER GRANTING WITHDRAWAL OF HAYNES AND BOONE, LLP

Haynes and Boone, LLP's motion for withdrawal from the above-captioned matter is granted. Haynes and Boone, LLP, and attorney William Feldman, are terminated as counsel of record for Defendant Accord Healthcare, Inc. in the above-captioned matter.

**IT IS HEREBY ORDERED** that Haynes and Boone, LLP's motion for withdrawal from the above-captioned matter is GRANTED; and it is further

**ORDERED** that attorney William Feldman is terminated as counsel of record for Accord Healthcare, Inc.; and it is further

**ORDERED** that the Court's clerk shall turn off the electronic notification for attorney William Feldman, and those associated with his appearance, in connection with the above-captioned matter.

Dated: 5/18, 2020

_____
Hon. Colleen McMahon
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/18/20