## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Seroquel XR (Extended Release Quetiapine Fumarate) Antitrust Litigation | |
| This Document Relates To:<br><br>Complaint of CVS PHARMACY, INC., TIE AID CORPORATION & RITE AID HDQTRS. CORP. (Original Action No. 20-cv-1086) | Master Dkt. No. 20-1076-CFC<br><br>**JURY TRIAL DEMANDED** |

## ANSWER

Defendant Handa Pharmaceuticals, LLC (herein "Handa") by and through undersigned counsel, hereby answers the Complaint and Demand for Jury Trial (D.I. 1, "Complaint") filed by CVS Pharmacy, Inc., Rite Aid Corporation, & Rite Aid HDQTRS. CORP. by providing the below enumerated responses and affirmative defenses.

### NATURE OF ACTION[1]

1.      This paragraph is an introductory statement purportedly characterizing and summarizing defendants' actions and plaintiffs' purported damages. To the extent a response is required, the factual allegations of Paragraph 1 are denied.

---

[1] Handa includes the main section titles included in the Plaintiffs' Complaint only to assist the Court in its review and for organizational purposes. To the extent titles included in the table of contents or the title or sub-titles of the complaint contain allegations or are intended as such those allegations are denied.

2.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 2 are denied.

3.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 3 are denied.

4.     The allegations of Paragraph 4 make reference to multiple documents to which no response is required. The referenced documents speak for themselves. To the extent a response is required, the factual allegations of Paragraph 4 are denied.

5.     The allegations of Paragraph 5 make reference to a document to which no response is required. The referenced document speaks for itself. Further, Paragraph 5 contains conclusions of law to which no response is required. To the extent a response is required, the factual allegations of Paragraph 5 are denied.

6.     It is admitted that in 2008, Handa was named as a defendant in three related patent lawsuits filed in the U.S. District Court for District of New Jersey arising from Handa's filing of an Abbreviated New Drug Applications ("ANDA") for quetiapine fumarate extended-release tablets, the brand name of which is

Seroquel XR (the "New Jersey Patent Action"). The New Jersey Patent Action was filed by AstraZeneca Pharmaceuticals L.P. and AstraZeneca UK Limited. Otherwise, denied.

7.     Handa incorporates its response to the allegations of paragraph 6 as if fully stated herein.

8.     Handa incorporates its response to the allegations of paragraph 6 as if fully stated herein.

9.     Handa incorporates its response to the allegations of paragraph 6 as if fully stated herein.

10.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 10 are denied.

11.     Paragraph 11 contains conclusions of law to which no response is required. To the extent a response is required, the factual allegations of Paragraph 11 are denied.

12.     The allegations of Paragraph 12 make reference to a document to which no response is required. The referenced document speaks for itself. To the extent a response is required, the factual allegations of Paragraph 12 are denied.

13.     The allegations of Paragraph 13 make reference to a document to which no response is required. The referenced document speaks for itself. To the extent a response is required, the factual allegations of Paragraph 13 are denied.

14.     Paragraph 14 contains conclusions of law to which no response is required. To the extent a response is required, the factual allegations of Paragraph 14 are denied.

15.     The allegations of Paragraph 15 make reference to a document to which no response is required. The referenced document speaks for itself. To the extent a response is required, the factual allegations of Paragraph 15 are denied.

16.     The allegations of Paragraph 16 make reference to a document to which no response is required. The referenced document speaks for itself. To the extent a response is required, the factual allegations of Paragraph 16 are denied.

17.     The allegations of Paragraph 17 make reference to a document to which no response is required. The referenced document speaks for itself. To the extent a response is required, the factual allegations of Paragraph 17 are denied.

18.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 18 are denied.

19.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 19 are denied.

20.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 20 are denied.

21.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 21 are denied.

22.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 22 are denied.

23.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 23 are denied.

24.     Paragraph 24 contains conclusions of law to which no response is required. To the extent a response is required, the factual allegations of Paragraph 24 are denied.

25.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 25 are denied.

26.     Paragraph 26 contains conclusions of law to which no response is required. To the extent a response is required, the factual allegations of Paragraph 26 are denied.

27.     Paragraph 27 contains conclusions of law to which no response is required. To the extent a response is required, the factual allegations of Paragraph 27 are denied.

## PARTIES

28.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 28 are denied.

29.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 29 are denied.

30.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 30 are denied.

31.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 31 are denied.

32.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 32 are denied.

33.     Denied. Handa is a limited liability company organized under the laws of the State of Delaware.

34.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 34 are denied.

35.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 35 are denied.

36.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 36 are denied.

## JURISDICTION AND VENUE

37.     This paragraph is an introductory statement characterizing and summarizing the causes of action asserted in the Complaint to which no response is required. Further, Paragraph 37 contains conclusions of law to which no response is required. To the extent a response is required, the factual allegations of Paragraph 37 are denied.

38.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. Further, Paragraph 38 contains conclusions of law to which no response is required. To the extent a response is required, the factual allegations of Paragraph 38 are denied.

39.     Admitted that this Court has personal jurisdiction over Handa because Handa is incorporated in the State of Delaware. Otherwise, denied.

## REGULATORY BACKGROUND

40.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 40 are denied.

41.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 41 are denied.

42.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 42 are denied.

43.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 43 are denied.

44.     Paragraph 44 makes conclusions of law in its reference to 21 U.S.C. §§ 301-392 to which no response is required. The referenced law speaks for itself. To the extent a response is required, the factual allegations of Paragraph 44 are denied.

45.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 45 are denied.

46.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 46 are denied.

47.     Paragraph 47 makes conclusions of law in its reference to Pub. L. No. 98-417, 98 Stat. 1585 (1984) ("Hatch-Waxman") to which no response is required. The referenced law speaks for itself. To the extent a response is required, the factual allegations of Paragraph 47 are denied.

48.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 48 are denied.

49.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 49 are denied.

50.     Paragraph 50 makes conclusions of law in its reference to Hatch-Waxman to which no response is required. The referenced law speaks for itself. To the extent a response is required, the factual allegations of Paragraph 50 are denied.

51.     Paragraph 51 makes conclusions of law in its reference to Hatch-Waxman to which no response is required. The referenced law speaks for itself. To the extent a response is required, the factual allegations of Paragraph 51 are denied.

52.     Paragraph 52 makes conclusions of law in its reference to Hatch-Waxman to which no response is required. The referenced law speaks for itself. To the extent a response is required, the factual allegations of Paragraph 52 are denied.

53.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 53 are denied.

54.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 54 are denied.

55.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 55 are denied.

56.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 56 are denied.

57.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 57 are denied.

58.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 58 are denied.

59.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 59 are denied.

60.     The allegations of Paragraph 60 refer to a document to which no response is required. The referenced document speaks for itself. To the extent a response is required, the factual allegations of Paragraph 60 are denied.

61.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 61 are denied.

62.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 62 are denied.

63.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 63 are denied.

64.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 64 are denied.

## OPERATIVE FACTS

65.     The allegations of Paragraph 65 refer to a document to which no response is required. The referenced document speaks for itself. To the extent a response is required, the factual allegations of Paragraph 65 are denied.

66.     The allegations of Paragraph 66 refer to a document to which no response is required. The referenced document speaks for itself. To the extent a response is required, the factual allegations of Paragraph 66 are denied.

67.    The allegations of Paragraph 67 refer to a document to which no response is required. The referenced document speaks for itself. To the extent a response is required, the factual allegations of Paragraph 67 are denied.

68.    Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 68 are denied.

69.    Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 69 are denied.

70.    The allegations of Paragraph 70 refer to documents to which no response is required. The referenced documents speak for themselves. To the extent a response is required, the factual allegations of Paragraph 70 are denied.

71.    Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 71 are denied.

72.    The allegations of Paragraph 72 refer to a document to which no response is required. The referenced document speaks for itself. To the extent a response is required, the factual allegations of Paragraph 72 are denied.

14

73.    The allegations of Paragraph 73 refer to a document to which no response is required. The referenced document speaks for itself. To the extent a response is required, the factual allegations of Paragraph 73 are denied.

74.    Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 74 are denied.

75.    The allegations of Paragraph 75 refer to documents to which no response is required. The referenced documents speak for themselves. To the extent a response is required, the factual allegations of Paragraph 75 are denied.

76.    The allegations of Paragraph 76 refer to documents to which no response is required. The referenced documents speak for themselves. To the extent a response is required, the factual allegations of Paragraph 76 are denied.

77.    Handa incorporates its response to the allegations of paragraph 6 as if fully stated herein. Otherwise, denied.

78.    Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 78 are denied.

79.    Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 74 are denied.

80.    The statement in paragraph 80 is not a factual allegation and, therefore, requires no response.

81.    The allegations of Paragraph 81 refer to a document to which no response is required. The referenced document speaks for itself. To the extent a response is required, the factual allegations of Paragraph 81 are denied.

82.    Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 82 are denied.

83.    The allegations of Paragraph 83 refer to a document to which no response is required. The referenced document speaks for itself. To the extent a response is required, the factual allegations of Paragraph 83 are denied.

84.    Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 84 are denied.

85.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 85 are denied.

86.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 86 are denied.

87.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 87 are denied.

88.     The allegations of Paragraph 88 refer to documents to which no response is required. The referenced documents speak for themselves. To the extent a response is required, the factual allegations of Paragraph 88 are denied.

89.     The allegations of Paragraph 89 refer to documents to which no response is required. The referenced documents speak for themselves. To the extent a response is required, the factual allegations of Paragraph 89 are denied.

90.     The allegations of Paragraph 90 refer to a document to which no response is required. The referenced document speaks for itself. To the extent a response is required, the factual allegations of Paragraph 90 are denied.

91.     The allegations of Paragraph 91 refer to a document to which no response is required. The referenced document speaks for itself. To the extent a response is required, the factual allegations of Paragraph 91 are denied.

92.     Paragraph 92 contains conclusions of law to which no response is required. To the extent a response is required, the factual allegations of Paragraph 92 are denied.

93.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 93 are denied.

94.     Paragraph 94 contains conclusions of law to which no response is required. To the extent a response is required, the factual allegations of Paragraph 94 are denied.

95.     The allegations of Paragraph 95 refer to documents to which no response is required. The referenced documents speak for themselves. To the extent a response is required, the factual allegations of Paragraph 95 are denied.

96.     Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 96 are denied.

97.    Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 97 are denied.

98.    Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 98 are denied.

99.    Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 99 are denied.

100.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 100 are denied.

101.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 101 are denied.

102.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 102 are denied.

103.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 103 are denied.

104.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph104 are denied.

105.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 105 are denied.

106.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 106 are denied.

107.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 107 are denied.

108.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 108 are denied.

109.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 109 are denied.

110.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 110 are denied.

111.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 111 are denied.

112.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 112 are denied.

113.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 113 are denied.

114.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 114 are denied.

115.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 115 are denied.

116.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 116 are denied.

117.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 117 are denied.

118.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 118 are denied.

119.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 119 are denied.

120.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 120 are denied.

121.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 121 are denied.

122.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 122 are denied.

123.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 123 are denied.

124.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 124 are denied.

125.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 125 are denied.

126.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 126 are denied.

127.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 127 are denied.

## INTERSTATE COMMERCE

128.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 128 are denied.

## CLAIM ACCRUAL AND TOLLING

129.   This paragraph is an introductory statement characterizing and summarizing the causes of action asserted in the Complaint to which no response is required. To the extent a response is required, the factual allegations of Paragraph 129 are denied.

130.    Paragraph 130 contains conclusions of law to which no response is required. To the extent a response is required, the factual allegations of Paragraph 130 are denied.

131.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 131 are denied.

132.    The allegations of Paragraph 132 refer to documents to which no response is required. The referenced documents speak for themselves. To the extent a response is required, the factual allegations of Paragraph 132 are denied.

133.    Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 133 are denied.

134.    Paragraph 134 contains conclusions of law to which no response is required. To the extent a response is required, the factual allegations of Paragraph 134 are denied.

## ANTICOMPETITIVE EFFECT

135.    Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 135 are denied.

136.    Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 136 are denied.

137.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 137 are denied.

138.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 138 are denied.

139.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 139 are denied.

140.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 140 are denied.

141.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 141 are denied.

142.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 142 are denied.

## ANTITRUST IMPACT

143.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 143 are denied.

144.   Paragraph 144 contains conclusions of law to which no response is required. To the extent a response is required, the factual allegations of Paragraph 144 are denied.

## MONOPOLY POWER AND MARKET DEFINITON

145.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 145 are denied.

146.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 146 are denied.

147.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 147 are denied.

148.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 148 are denied.

149.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 149 are denied.

150.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 150 are denied.

151.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 151 are denied.

152.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 152 are denied.

153.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 153 are denied.

154.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 154 are denied.

155.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 155 are denied.

156.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 156 are denied.

157.   Paragraph 157 contains conclusions of law to which no response is required. To the extent a response is required, the factual allegations of Paragraph 157 are denied..

158.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 158 are denied.

## CLAIMS FOR RELIEF

### CLAIM ONE

159.   Handa incorporates by reference all answers to allegations as stated in the preceding paragraphs as if fully set forth herein.

160.   Paragraph 160 contains conclusions of law to which no response is required. To the extent a response is required, the factual allegations of Paragraph 160 are denied.

161.   The allegations of Paragraph 161 refer to documents to which no response is required. The referenced documents speak for themselves. To the extent a response is required, the factual allegations of Paragraph 161 are denied.

162.   The allegations of Paragraph 162 refer to documents to which no response is required. The referenced documents speak for themselves. To the extent a response is required, the factual allegations of Paragraph 162 are denied.

163.   Paragraph 163 contains conclusions of law to which no response is required. To the extent a response is required, the factual allegations of Paragraph 163 are denied.

164.   Paragraph 164 contains conclusions of law to which no response is required. To the extent a response is required, the factual allegations of Paragraph 164 are denied.

165.   Paragraph 165 contains conclusions of law to which no response is required. To the extent a response is required, the factual allegations of Paragraph 165 are denied.

## CLAIM TWO

166.   Handa incorporates by reference all answers to allegations as stated in the preceding paragraphs as if fully set forth herein.

167.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 167 are denied.

168.   Paragraph 168 contains conclusions of law to which no response is required. To the extent a response is required, the factual allegations of Paragraph 168 are denied.

169.   The allegations of Paragraph 169 refer to a document to which no response is required. The referenced document speaks for itself. To the extent a response is required, the factual allegations of Paragraph 169 are denied.

170.   The allegations of Paragraph 170 refer to a document to which no response is required. The referenced document speaks for itself. To the extent a response is required, the factual allegations of Paragraph 170 are denied.

171.   Paragraph 171 contains conclusions of law to which no response is required. To the extent a response is required, the factual allegations of Paragraph 171 are denied.

172.   Paragraph 172 contains conclusions of law to which no response is required. To the extent a response is required, the factual allegations of Paragraph 172 are denied.

173.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 173 are denied.

174.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 174 are denied.

## CLAIM THREE

175.   Handa incorporates by reference all answers to allegations as stated in the preceding paragraphs as if fully set forth herein.

32

176.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 176 are denied.

177.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 177 are denied.

178.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 178 are denied.

179.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 179 are denied.

180.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 180 are denied.

## CLAIM FOUR

181.   Handa incorporates by reference all answers to allegations as stated in the preceding paragraphs as if fully set forth herein.

33

182.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 182 are denied.

183.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 183 are denied.

184.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 184 are denied.

185.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 185 are denied.

186.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 186 are denied.

187.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 187 are denied.

188.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 188 are denied.

189.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 189 are denied.

## CLAIM FIVE

190.   Handa incorporates by reference all answers to allegations as stated in the preceding paragraphs as if fully set forth herein.

191.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 191 are denied.

192.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 192 are denied.

193.   Handa is without information or knowledge sufficient to form a belief as to the allegations of this paragraph. To the extent a response is required, the factual allegations of Paragraph 193 are denied.

194.   Paragraph 194 contains conclusions of law to which no response is required. To the extent a response is required, the factual allegations of Paragraph 194 are denied.

195.   Paragraph 195 contains conclusions of law to which no response is required. To the extent a response is required, the factual allegations of Paragraph 195 are denied.

## RESPONSE TO PRAYER FOR RELIEF

196.   Plaintiffs are not entitled to any relief whatsoever.

## AFFIRMATIVE DEFENSES

Without assuming any burden, Handa asserts the following defenses and/or affirmative defenses to the Complaint.  Additionally, Handa reserves all affirmative defenses under Federal Rule of Civil Procedure 8(c) and any other defenses, at law or in equity, that may now exist or in the future be available based on discovery and further factual investigation in this case.

## FIRST AFFIRMATIVE DEFENSE

197.   The Complaint fails, in whole or in part, to state a claim upon which relief may be granted.

198.   Specifically, Plaintiffs' Complaint fails to meet the required pleading burden in material ways as to Handa.

199.   Plaintiffs' claims against Handa are based on nothing more than pure speculation, especially concerning events that could or would have happened had Handa pursued a defense in earlier litigation.

200.   Such allegations do not rise above the speculative level sufficient to meet their pleading burden. *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 545, 127 S. Ct. 1955, 1959, 167 L. Ed. 2d 929 (2007)("Factual allegations must be enough to raise a right to relief above the speculative level").

## SECOND AFFIRMATIVE DEFENSE

201.   Plaintiffs' claims are barred in whole or in part by the applicable statutes of limitation and/or the doctrines of laches, waiver, and/or estoppel.

202.   Plaintiffs' allegations date back to at least 2011, they knew of their purported claims years ago, and they asserted them in prior litigation.  *See, e.g.,* In re Nexium Antitrust Litig., 12-md-02409, D.I. 1496 (D. Mass.), at 14.

203.   Handa did not commit any act, such as fraudulent concealment, that could render these defenses inapplicable.

## THIRD AFFIRMATIVE DEFENSE

204.   Plaintiffs' claims are barred, in whole or in part, because they seek damages that are duplicative of damages sought by other plaintiffs in these consolidated actions.

205.   Such duplicative recovery violates the Due Process Clauses of the Fifth and Fourteenth Amendments to the Constitution of the United States.

## FOUTH AFFIRMATIVE DEFENSE

206.   Plaintiffs' claims are barred in whole or in part because any award of treble damages or punitive or exemplary damages against Handa based on the alleged conduct would violate the Due Process Clauses of the Fifth and Fourteenth Amendments to the Constitution of the United States.

## FIFTH AFFIRMATIVE DEFENSE

207.   Plaintiffs' claims are barred in whole or in part because Plaintiffs failed to make reasonable efforts to mitigate damages, if any, allegedly suffered as a result of the conduct they allege.

## SIXTH AFIRMATIVE DEFENSE

208.   Plaintiffs' claims are barred in whole or in part because Plaintiffs have not suffered any actual injury or damage as a result of any of the alleged conduct.

## SEVENTH AFIRMATIVE DEFENSE

209.   Handa incorporates by reference any defenses applicable to it that are asserted by any other defendant to the Complaint as if set forth fully herein.

## PRAYER FOR RELIEF

WHEREFORE, Handa hereby requests that Plaintiffs' Complaint be dismissed in its entirety, with prejudice; that any and all of Plaintiffs' claims for damages or other relief of any sort or nature be denied; that Handa be awarded costs, disbursements, and reasonable attorneys' fees; and that Handa be awarded such other and further relief as this Court may deem just and proper.

## JURY TRIAL DEMAND

Handa demands a trial by jury on all claims so triable.

Dated: August 18, 2022

OF COUNSEL:

Christopher J. Marino
James E. Gallagher
DAVIS MALM & D'AGOSTINE, P.C.
One Boston Place, 37th Floor
Boston, MA 02108
(617) 367-2500
cmarino@davismalm.com
jgallagher@davismalm.com

CONNOLLY GALLAGHER LLP

*/s/ Alan R. Silverstein*
Arthur G. Connolly, III (#2667)
Alan R. Silverstein (#5066)
1201 North Market Street, 20th Floor
Wilmington, DE 19801
(302) 757-7300
aconnolly@connollygallagher.com
asilverstein@connollygallagher.com

*Attorneys for Defendant*
*Handa Pharmaceuticals LLC*