# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Seroquel XR (Extended Release Quetiapine Fumarate) Antitrust Litigation | Master Dkt. No. 20-1076-CFC |
| This Document Relates To:<br>C.A. Nos. 20-1086; 20-1087; and 20-1089 | |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(2), Retailer Plaintiffs CVS Pharmacy, Inc., Rite Aid Corporation and Rite Aid Hdqtrs. Corp., Walgreen Co., The Kroger Co., Albertsons Companies, Inc., Hy-Vee, Inc., and H-E-B, L.P., (collectively, "Retailers"), and Handa Pharmaceuticals, LLC ("Handa"), hereby stipulate to the dismissal of the Retailers' claims against Handa in the above-captioned actions with prejudice, with each party to bear its own attorney's fees and costs. Entry of this Order will not affect any claims by Retailers against any other Defendant(s).

| | |
|---|---|
| OF COUNSEL: | PRICKETT, JONES & ELLIOTT, P.A. |

Barry L. Refsin
Eric L. Bloom
Alexander J. Egerváry
Caitlin V. McHugh
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200
brefsin@hangley.com
ebloom@hangley.com
aegervary@hangley.com
cmchugh@hangley.com

*Counsel for Plaintiffs CVS Pharmacy, Inc., Rite Aid Corp. and Rite Aid Hdqtrs. Corp.*

Scott E. Perwin
Lauren C. Ravkind
Anna T. Neill
SPERLING KENNY NACHWALTER, LLC
Four Seasons Tower, Suite 1100
Miami, FL 33131
(305) 373-1000
sep@sperlingkenny.com
lcr@sperlingkenny.com
aneill@sperlingkenny.com

*Counsel for Plaintiffs Walgreen Co., The Kroger Co., Albertsons Companies, Inc., H-E-B, L.P., and Hy-Vee, Inc.*

/s/ J. Clayton Athey
J. Clayton Athey (DE No. 4378)
John G. Day (DE No. 6023)
1310 N. King Street
Wilmington, DE 19801
(302) 888-6500
jcathey@prickett.com
jgday@prickett.com

*Counsel for Plaintiffs Walgreen Co., The Kroger Co., Albertsons Companies, Inc., H-E-B, L.P., Hy-Vee, Inc., CVS Pharmacy, Inc., Rite Aid Corp. and Rite Aid Hdqtrs. Corp.*

4934-9629-3693, v. 1

| | |
|---|---|
| OF COUNSEL:<br><br>Christopher J. Marino<br>James E. Gallagher<br>DAVIS MALM & D'AGOSTINE, P.C.<br>One Boston Place, 37th Floor<br>Boston, MA 02108<br>(617) 367-2500<br>cmarino@davismalm.com<br>jgallagher@davismalm.com | CONNOLLY GALLAGHER LLP<br><br>*/s/ Alan R. Silverstein*<br>Arthur G. Connolly, III (DE No. 2667)<br>Alan R. Silverstein (DE No. 5066)<br>1201 North Market Street, 20th Floor<br>Wilmington, DE 19801<br>(302) 757-7300<br>aconnolly@connollygallagher.com<br>asilverstein@connollygallagher.com<br><br>*Counsel for Handa Pharmaceuticals, LLC* |

May 2, 2025

**IT IS SO ORDERED this** $\underline{6^{th}}$ **day of May, 2025.**

_____
COLM F. CONNOLLY
CHIEF UNITED STATES DISTRICT JUDGE

4